**In re: WELLS FARGO HOME MORTGAGE OVERTIME PAY LITIGATION,**

**Jason Mevorah; et al., Plaintiffs–Appellees,**

v.

**Wells Fargo Home Mortgage, Defendant–Appellant.**

**No. 08–15355.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Feb. 5, 2009.

Filed April 8, 2011.

Kevin J. McInerney, Esquire, McInerney & Jones, Reno, NV, Charles Scott

Russell, Callahan, McCune & Willis, APLC, Tustin, CA, George Allan Hanson, Stuven Siegel Hanson LLP, Kansas City, MO, for Plaintiffs–Appellees.

Lindbergh Porter, Jr., Litigation Counsel, Richard H. Rahm, Esquire, Littler Mendelson, PC, San Francisco, CA, for Defendant–Appellant.

Raymond A. Cardozo, Reed Smith, LLP, San Francisco, CA, Piper Hoffman, Esquire, Outten & Golden, LLP, New York, NY, for Amicus Curiae.

Before: SILVERMAN and CALLAHAN, Circuit Judges, and MILLS, Senior District Judge.*

ORDER **

Pursuant to the stipulation filed by the remaining parties, the pending portion of this appeal is dismissed. *See* Fed. R.App. P. 42(b). This Order does not affect this Court's published opinion in *In re Wells Fargo Home Mortgage Overtime Pay Litigation,* 571 F.3d 953 (9th Cir.2009). Each side shall bear its own costs on appeal. The mandate shall issue forthwith.

---

* The Honorable Richard Mills, Senior District Judge for the U.S. District Court for Central Illinois, Springfield, sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.